Michael Dolobacs, Respondent, v. Riter Conley Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker and Gaynor, JJ., concurred; Woodward, J., dissented.

Mickalina Dombrorska, Appellant, v. Leon S. Wazeter and Ladislaus W. Schwenk, Doing Business under the Name of A. Grochowski & Co., Respondents.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

James S. Dotten, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Morris Fleischer, Respondent, v. Michael Hochman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Andrew Franz and Alexander Leicht, Respondents, v. Philip Schmitt, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Frank Fritsch, Respondent, v. Elizabeth C. Prall, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Caroline O. Fuller, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Alfred Gaskell, Respondent, v. Charles W. Simpkins, Appellant.— Judgment of the Municipal Court affirmed, with costs.— No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Edmund J. Gladd, Respondent, v. The Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order of the County Court of Queens county reversed and new trial ordered, costs to abide the event, for error in the charge at folio 303, to the effect that the measure of the defendant's duty with respect to the plaintiff while on the highway was the exercise of the highest degree of care and prudence and the utmost skill and foresight. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Hannah Goldsmith, Appellant, v. Interurban Street Railway Company, Respondent.— Order setting aside verdict and granting new trial modified by striking out the provision for costs to abide the event, and substituting a provision requiring the defendant to pay the costs of the trial already had and all disbursements to date, together with the costs of this appeal, all to be paid within twenty days; otherwise order reversed and judgment unanimously directed on the verdict, with costs and costs of this appeal. (See *Helgers* v. *Staten Island Midland R. R. Co.*, 69 App. Div. 570.) Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

William H. Green, Respondent, v. Mary Rempe, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.